UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BISHOP ELIJAH COLUMBUS FOSTER, SR.
FORMERLY NAME MR. ELIJAH ANTHONY BAILEY, SR.
*Plaintiff,*

v.

CIVIL CASE NO.:
8:11 cv 2493 T 27 TBM

CHIEF MEDICAL DOCTOR,
MR. SOLORZANO
MR. E. MADAN CHIEF MEDICAL
DOCTOR,
*Defendant(es), ET AL.*

_____/

## MEDICAL MALPRACTICE

1) Bishop Elijah Columbus Foster, Sr., formerly name Elijah Anthony Bailey, Sr. Department of Corrections, and Suwannee Correctional Institution rights, hereby declare and certify under penalty of perjury the following affidavit is true and correct chapter § 92.525 Florida Statutes. § 28 U.S.C. 1746.

2) I am over the age of eighteen years and have personal knowledge of the facts contained this affidavit for crime arrest warrant.

3) I am an incarcerated at Suwannee State Prison Medical Infirmary I-1-108 single within the confines of the State of Florida law:

### STATEMENT OF FACTS AND MEDICAL MALPRACTICE

I, Bishop Elijah Columbus Foster, Sr., (Bailey), is filing this statement against Chief Medical Doctor Mr. Solorzano for medical malpractice and staff for or on the grounds of medical malpractice and emotional abuse. The physician as well as the medical staffs refused to properly treat I the patient for a serious medical injury and giving medicine that causing patient serious sick and to plaintiff's upper and lower L-2, L-3, L-4, and L-5 spinal cord and 4000 diet and also refused to give back support along with a cane to help support as well as ease the pain in doing so they violated subsection eight and twelve of the West's Florida Administrative

<u>Code</u> Title 33.  <u>Department of Corrections Conduct Rules Chapter # 33-208.002</u> which states that under no circumstance shall any employee <u>willfully neglect an inmate in a cruel or inhuman way.</u>

<u>Section # 12:</u> "No employee shall <u>falsify reports</u> (or) <u>records prohibited</u> by law."

4) Focusing plaintiff against his will to be placed into the medical infirmary an focus plaintiff to take medicine so order this __27__ day of __October__, 20__11__

                                      Sincerely yours,

                                      Bishop Edward C. Foster, Sr

2

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2011 NOV -3 AM 11:03
CLERK,
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

BISHOP ELIJAH COLUMBUS FOSTER, SR:
formerly known MR. ELIJAH ANTHONY BAILEY, SR.
*Plaintiff,*

v.

CIVIL CASE: _____

CHIEF MEDICAL DOCTOR,
MR. SOLORZANO
CHIEF MEDICAL DOCTOR,
MR. E. MADAN.
SUWANNEE MEDICAL NURSES
*Defendant(s) ET AL.*
_____/

## CRIME ARREST WARRANT

You are hereby commanded to arrest immediately <u>Chief Doctor Solorzano</u>, <u>Chief E. Madan</u>, Defendant and bring <u>him</u> or her before me, Judge in the <u>Tampa Division</u> of Middle of Florida to be dealt with according to law:

Before personally come: <u>Bishop Elijah Columbus Foster, Sr.</u>, who being duly sworn, states that the Defendant <u>Chief Doctor Solorzano</u>, did commit the acts set out in the attached statement of facts: <u>Did not one time exam at all plaintiff, and prescription ... medicine that condition causing serious medical problem and I am filing medical malpractice and negligent and violation West's Florida Administrative Code Title 33-208.002. Section # (8) and (12) and (19) of Department of Corrections Rules, etc al.</u>

Based upon this sworn statement of facts I find probable cause the Defendants did commit the crimes of: _____
_____
_____
_____
_____
_____
_____

So order this 27 day of October, 2011.

/s/ Bishop Elijah Foster

1

BISHOP ELIJAH COLUMBUS FOSTER, SR A239016
A.K.A. MR. ELIJAH ANTHONY BAILEY, SR. A239016
SUWANNEE CORRECTIONS INSTITUTION
5964-U.S. HIGHWAY 90-I-1 #108
LIVE OAK, FLORIDA, 32060

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
801-NORTH FLORIDA AVENUE
~~[redacted]~~
TAMPA, FLA, 33602

LEGAL MAIL